UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-24007
Eric A Salinas )
 )  Chapter: 13
 )  Honorable Carol A. Doyle
 )
 )
 )
Debtor(s) )

**ORDER GRANTING MOTION TO USE SELL OR LEASE PROPERTY 363(b)**

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtors to USE SELL OR LEASE PROPERTY 363(b);

IT IS ORDERED:

1. That the Motion USE SELL OR LEASE PROPERTY 363(b) located at 6029 Kimball Ave, Chicago, IL 60659 is granted.
2. The mortgage lien held by Wells Fargo Bank, N.A., will be paid in full at closing pursuant to a proper payoff letter.
3. Debtors will provide the Trustee with a copy of the closing statement within 10 days of closing.
4. Debtor will be paid the first $15,000 as their homestead exemption.
5. That Any proceeds in excess of the Debtor's homestead exemption shall be paid to the Chapter 13 Trustee to be applied to Debtors plan base, in the event proceeds exceed the Debtors plan base, Debtor may pay off their plan base and retain all remaining proceeds.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: August 24, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600