**Fill in this information to identify the case:**

Debtor 1    Eric A Salinas

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern District of Illinois
                                                                    (State)

Case number    18-24007

---

## Official Form 410S1

# Notice of Mortgage Payment Change                                    **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   WILMINGTON SAVINGS FUND SOCIETY, FSB,       **Court claim no.** (if known):  4
AS TRUSTEE OF JUNIPER MORTGAGE LOAN TRUST A

**Last 4 digits** of any number you use to
identify the debtor's account:                        XXXXXX5208

**Date of payment change:**
Must be at least 21 days after date    6/01/2021
of this notice

**New total payment:**                                   $ 1,620.25
Principal, interest, and escrow, if any

---

### Part 1:   Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe
the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment:    $ 521.91            New escrow payment:  $ 516.78

---

### Part 2:   Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
attached, explain why: _____

Current interest rate                  %            New interest rate:                  %

Current principal and interest payment:  $            New principal and interest payment:  $

---

### Part 3:   Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment:   $ _____            New mortgage payment:  $ _____

---

| Debtor 1 | Eric A Salinas | | | Case number (*if known*) 18-24007 | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐  I am the creditor.

☒  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

✗  /s/ James D Major _____    Date  April,29, 2021
Signature

Print:       James D Major _____    Title       Attorney _____
             First Name       Middle Name   Last Name

Company   Randall S. Miller & Associates, P.C. _____

Address    120 North LaSalle Street, Suite 1140 _____
           Number          Street

           Chicago, IL 60602 _____
           City                      State      ZIP Code

Contact phone    (312) 239-3432 ___    Email       bankruptcy@rsmalaw.com _____

**CARRINGTON**
MORTGAGE SERVICES, LLC
NMLS ID #2600

CARRINGTON MORTGAGE SERVICES, LLC
P.O. Box 5001
Westfield, IN 46074

(800) 561-4567  FAX: (949) 517-5220

/P1          /   680

ERIC A SALINAS
6029 N KIMBALL AVE
CHICAGO          IL 60659

YOUR LOAN NUMBER :  ▮▮▮▮▮▮▮
DATE: 03/12/21

---

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY  ***

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE
ACTUAL ESCROW ACTIVITY BEGINNING JUNE,2020 AND ENDING MAY, 2021.  IF YOUR LOAN
WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS
BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATIONAL ONLY
AND REQUIRES NO ACTION ON YOUR PART.

#### --- YOUR PAYMENT BREAKDOWN AS OF JUNE,2020 IS ---

| | |
|---|---|
| PRIN & INTEREST | 1,103.47 |
| ESCROW PAYMENT | 521.91 |
| TOTAL | 1,625.38 |

| | -- PAYMENTS TO ESCROW -- | | -- PAYMENTS FROM ESCROW -- | | | -- ESCROW BALANCE -- | | |
|---|---|---|---|---|---|---|---|---|
| MONTH | PRIOR | PROJECTED ACTUAL | PRIOR | PROJECTED | DESCRIPTION | ACTUAL DESCRIPTION | PRIOR | PROJECTED | ACTUAL |
| | | | | | STARTING BALANCE  = = = > | | 0.00 | 0.00 | |
| JAN | | * | 5.84- | | | | | | 5.84- |
| FEB | | * | 505.97 | | * | 2959.97  COUNTY TAX | | 2459.84- ALP |
| TOT | 0.00 | 500.13 | 0.00 | | | 2959.97 | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED
NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY
SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE
(TLP) WAS $0.00.  YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS  $2,459.84-.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN
DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK  (*) INDICATES A DIFFERENCE IN EITHER THE
AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION
TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

---

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS *** 

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR
ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY. IT ALSO SHOWS YOU THE PROJECTED ESCROW
ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING JUNE,2021 AND ENDING MAY,2022.

#### -------------------- PROJECTED PAYMENTS FROM ESCROW - JUNE,2021 THROUGH MAY,2022 --------------

| | |
|---|---|
| HOMEOWNERS INSU | 769.00 |
| COUNTY TAX | 5,432.45 |
| TOTAL | 6,201.45 |
| PERIODIC PAYMENT TO ESCROW | 516.78    (1/12 OF "TOTAL FROM ESCROW") |

#### -------------------- PROJECTED ESCROW ACTIVITY - JUNE,2021 THROUGH MAY,2022 ----------------------

| | ---- PROJECTED PAYMENTS -- | | | -- ESCROW BALANCE COMPARISON -- | |
|---|---|---|---|---|---|
| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | PROJECTED | REQUIRED |
| | | ACTUAL STARTING BALANCE  = = = > | | 2,375.09 | 1,955.70 |
| JUN,21 | 516.78 | | | 2,891.87 | 2,472.48 |
| JUL,21 | 516.78 | | | 3,408.65 | 2,989.26 |
| AUG,21 | 516.78 | 2,472.48 | COUNTY TAX | 1,452.95 ALP | 1,033.56 RLP |
| SEP,21 | 516.78 | | | 1,969.73 | 1,550.34 |
| OCT,21 | 516.78 | | | 2,486.51 | 2,067.12 |
| NOV,21 | 516.78 | | | 3,003.29 | 2,583.90 |
| DEC,21 | 516.78 | | | 3,520.07 | 3,100.68 |
| JAN,22 | 516.78 | | | 4,036.85 | 3,617.46 |
| FEB,22 | 516.78 | | | 4,553.63 | 4,134.24 |
| MAR,22 | 516.78 | 2,959.97 | COUNTY TAX | 2,110.44 | 1,691.05 |
| APR,22 | 516.78 | | | 2,627.22 | 2,207.83 |
| MAY,22 | 516.78 | 769.00 | HOMEOWNERS INSU | 2,375.00 | 1,955.61 |

#### **** CONTINUED ON NEXT PAGE ****

#### -------------------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE --------------------------------

IF THE PROJECTED LOW POINT BALANCE (ALP) IS
GREATER THAN THE REQUIRED LOW POINT BALANCE (RLP) ,
THEN THERE IS AN ESCROW SURPLUS....          THE ESCROW SURPLUS IS....          419.39 *

AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $1,950.56.

*The statement assumes all past due payments have been made toward the loan. If there are past due payments, this amount may not be accurate.

PLEASE CALL THE ABOVE PHONE NUMBER REGARDING THE SURPLUS.

------------------------------------- CALCULATIONS OF YOUR NEW PAYMENT AMOUNT -------------------------------------

```
                              PRIN & INTEREST        1,103.47 *
                              ESCROW PAYMENT           516.78
BORROWER PAYMENT STARTING WITH THE PAYMENT DUE  06/01/21    ==>        1,620.25
```

* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :    YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
          HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
          WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
          ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
          DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $0.00.
          YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
          CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
          REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
          TO BE YOUR CUSHION AMOUNT.
          YOUR ESCROW CUSHION FOR THIS CYCLE IS $1,033.56.

YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

**Escrow payments up to escrow analysis effective date:**

```
11/20     $521.91        12/20        $521.91       01/21     $2,609.55*
```

**Escrow disbursements up to escrow analysis effective date:**

```
05/21     $769.00     HOMEOWNERS INSURANC
```

**IMPORTANT BANKRUPTCY NOTICE**

If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan.  If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.  As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**MINI MIRANDA**

This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD COUNSELOR INFORMATION**

If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

In Re:

Eric A Salinas,

Debtor

Case No: 18-24007 - Chapter: 13
Judge: Carol A. Doyle

---

## CERTIFICATE OF SERVICE

---

The undersigned states that on April 29, 2021, copies of the **Notice of Mortgage Payment Change** were served upon the following parties via first class mail, with proper postage affixed thereto the Debtors and via the Court's CM-ECF electronic filing system to the Debtor's Attorney and Chapter 13 Trustee.

Eric A Salinas
6029 N KIMBALL AVE
CHICAGO, IL 60659

Debtor's Attorney
David H. Cutler
4131 Main St.
Skokie, IL 60076

Chapter 13 Trustee
M.O. Marshall
55 E. Monroe St.
Suite 3850
Chicago, IL 60603

U.S. Trustee Patrick S. Layng
219 S. Dearborn St.
Room 873
Chicago, IL 60604

The above is true to the best of my information, knowledge and belief.

Signed: */s/* James D Major

Randall S. Miller & Associates, LLC
James D Major
120 North LaSalle Street, Suite 1140,
Chicago, IL 60602
Telephone (248) 335-9200